**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

August 25, 2021

| | | |
|---|---|---|
| DOMINION AND GLORY INTERNATIONAL MINISTRIES, INC., f/k/a OKLAHOMA CITY GREATER GOSPEL KINGDOM CHURCH OF GOD IN CHRIST, an Oklahoma not-for-profit corporation, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-18-00347-JD |
| GUIDEONE MUTUAL INSURANCE COMPANY, a for-profit insurance corporation, | ) ) ) ) | |
| Defendant. | ) | |

**ENTER ORDER:**

     As discussed with the parties at the status conference today, the Court STRIKES the pending motions [Doc. Nos. 78 and 79] WITHOUT PREJUDICE to resubmission after the conclusion of the state-court case (Oklahoma County Case No. CJ-2019-660), including any appeals.

     ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

     CARMELITA REEDER SHINN, CLERK


     By:___/s/*Nyssa Vasquez*_____
            Deputy Clerk